(INND Rev. 1/21) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Devan Courter
[You are the PLAINTIFF, print your full name on this line.]

v.

Elkhart County
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

FILED
JUN 21 2023 – PM03:08
US DISTRICT COURT
Northern District of Indiana
Chanda J Berta – Clerk

Case Number **3:23CV574**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Elkhart County | 117 N 2nd St #101, Goshen, IN 46526 |
| 2 | | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is your address? 72281 Walkerton Trail, Walkerton, Indiana, 46574

3. What is your telephone number: (574) 316-9325

4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Events not limited to:

Amendments deprived: 14th, 9th, 6th, 5th, 2nd, 1st. Law enforced: IC § 31-14-13-1

Laws Broken: IC § 35-41-3-2; IC § 31-9-2-42; IC § 34-26-5-2

All actions done by agencies acted within jurisdiction and on behalf of Elkhart County

Elkhart County Arrested my abuser Katelyn Bail 3-28-2023 felony charge. (1-4)

Son and I were hospitalized for injuries. (5-8) and (3-4)

Katelyn committed regular abuse, once abusing me for disposing of a dangerous toy bin (9-16)

Katelyn committed regular abuse to our son. (17-22)

Elkhart County deemed me to be a fit father. (23-24)

Elkhart County put in an order of transfer for an illegal false protection order. (25)

Protection order was illegal persuant IC § 35-41-3-2; IC § 31-9-2-42; IC § 34-26-5-2

Elkhart County threatened kidnapping charges regarding my son pursuant IC § 31-14-13-1

Elkhart County ordered me to surrender son to his abuser pursuant IC § 31-14-13-1

Son was named within granted petition 71C01-2303-PO-000340 and Katelyn Bail was served

Elkhart County deprives me of 9th and 14th amendment right to child "no paternity case" (25)

Elkhart County committed spoliation of exculpatory evidence depriving me of 6th amendment.

Elkhart County corroborates Katelyn Bail had no injuries at scene. (4)

Hostile witness under oath corroborates Katelyn had no injuries 71C01-2303-PO-000340

also testifies to contents of destroyed video which corroborate.

Video camera within crime scene, Elkhart County did not investigate the scene. Instead

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21) page 3

Claims and Facts (continued)

Elkhart County arrived at hospital to threaten me. (4)

Video destroyed, Elkhart County committed spoliation via negligence.

Elkhart County later illegally charges me 20H02-2305-CM-000387 in violation of IC § 35-41-3-2

Elkhart County abuses discretion and refuses to take report on abuse of son.

Elkhart County abuses discretion refusing to take report of other abuse.

Elkhart County abuses process and maliciously prosecutes in violation of IC § 35-41-3-2

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☑ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Grant Plaintiff minimum 50% legal custody to all of his children past, present, future ab initio.

Pay Plaintiff Nominal Damages $750,000 for depriving any rights whatsoever, +$100,000 per.

Pay Plaintiff Nominal Damages $750,000 for depriving any of his son's rights whatsoever

Grant Plaintiff civil and criminal immunity for anything relating whatsoever to Elkhart County

Charge Katelyn and Tracey Bail for their additional crimes and recuse jurisdiction.

FILING FEE – Are you paying the filing fee?

- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.
_____ I will promptly notify the court of any change of address.
_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____  6/21/23
Signature                   Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]